JAMES A. TAYLOR, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 397.]